IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRINA ELIZABETH WILLIAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 19-1856 |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 11th day of February, 2020, upon careful consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 13), Defendant's Response (Doc. No. 16), Plaintiff's Reply (Doc. No. 17), and the record of proceedings before the Social Security Administration, it is hereby ORDERED that:

1. Plaintiff's Request for Review is GRANTED;

2. Judgment is granted in Plaintiff's favor to the extent that this matter is REMANDED to the Defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings before a properly-appointed Administrative Law Judge other than the judge who previously ruled on Plaintiff's claim consistent with the accompanying Memorandum Opinion; and

3. The Clerk of Court is directed to mark this case as CLOSED.

BY THE COURT:


*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE